# THIRD DEPARTMENT, FEBRUARY, 1983

## (February 1, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT NASH, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ

of habeas corpus denied, upon the ground that it appears from the papers that petitioner is not illegally detained (CPLR 7003, subd [a]). Mahoney, P. J., Sweeney, Kane, Weiss and Levine, JJ., concur.